UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 22, 2026

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO RUIZ,<br><br>Defendant. | No. 1:24-CR-02075-SAB-1<br><br>**ORDER STRIKING MOTION FOR RECONSIDERATION** |

Before the Court are the Government's Motion for Reconsideration, ECF No. 126, and related Motion for Permission to Exceed Page Limit, ECF No. 125. Defendant is represented by Juliana Van Wingerden. The Government is represented by Letitia Sikes.

The Government filed a Notice of Appeal, ECF No. 114, following the Court's order of dismissal, and the Court is thus divested of jurisdiction over the matter being appealed. *See United States v. Phelps*, 283 F.3d 1176, 188 n. 5 (9th Cir. 2002).

Accordingly, **IT IS HEREBY ORDERED:**

1.    The Government's Motion for Reconsideration, ECF No. 126, is **STRICKEN**.

2.    The Government's Motion for Permission to Exceed Page Limit, ECF No. 125, is **DENIED AS MOOT**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 22nd day of April 2026.



Stan Bastian
Chief United States District Judge

**ORDER STRIKING MOTION FOR RECONSIDERATION** # 1