FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 29, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO RUIZ,<br><br>Defendant. | No. 1:24-CR-02075-SAB-1<br><br>**ORDER DENYING MOTION**<br><br>**FOR RECONSIDERATION** |

Before the Court is the Government's Motion for Reconsideration, ECF No. 129. Defendant is represented by Juliana Van Wingerden. The Government is represented by Letitia Sikes. The Motion was considered without oral argument.

The Government moves the Court to reconsider its prior Order Dismissing Indictment, ECF No. 116.

Under Local Criminal Rule 12(c)(5), motions for reconsideration are disfavored in this District, and such motions are ordinarily denied absent "a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence."

Here, the Government does not identify any new facts or legal authority, and the Court does not find that the prior order represented a manifest error.

**ORDER DENYING MOTION FOR RECONSIDERATION** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The Government's Motion for Reconsideration, ECF No. 129, is **DENIED**.

2. The portion of the Court's Order on Motions, ECF No. 131, that directed Defendant to file a response to the Motion for Reconsideration is **STRICKEN**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 29th day of April 2026.



Stan Bastian
Chief United States District Judge

**ORDER DENYING MOTION FOR RECONSIDERATION  # 2**